NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7053

JACQUELINE LEACH,

Claimant-Appellant,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.

Andrew J. Vance, Finnegan, Henderson, Farabow, Garrett & Dunner LLP, of Washington, DC, argued for claimant-appellant. Mark R. Lippman,The Veterans Law Group, of La Jolla, California, for claimant-appellant.

Christopher J. Carney, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge William A. Moorman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7053

Jacqueline Leach,

Claimant-Appellant,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.

## Judgment

ON APPEAL from the       United States Court of Appeals for Veterans Claims

in CASE NO(S).       04-0600

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER and LOURIE, <u>Circuit Judges</u> and LINARES, <u>District Judge</u>.*)

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>July 12, 2007</u>       <u>/s/ Jan Horbaly</u>
                             Jan Horbaly, Clerk

*       Honorable Jose L. Linares, District Judge, United States District Court for the District of New Jersey, sitting by designation.